UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EASUN, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01677-JDP<br><br>ORDER TO SHOW CAUSE |

On January 11, 2024, this case was before the court for an initial scheduling conference. Attorney Rick Morin appeared on behalf of plaintiff; defendants failed to appear.

Local Rule 230(i) provides that "[a]bsent notice of intent to submit the matter on the briefs, failure to appear [at the hearing] . . . may result in the imposition of sanctions." Failure to comply with the court's Local Rules or court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110; *see also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

In light of defendants' failure to appear, it is hereby ORDERED that:

1. Defendants shall show cause within fourteen days why sanctions, including the sanction of reimbursing plaintiff for the time his attorney spent attending the hearing, should not be imposed for their failure to appear at the January 11, 2024 hearing.

2. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' default be entered.

IT IS SO ORDERED.

Dated:   January 16, 2024                                            
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE